

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Hector Jose Subia,                          * From the 385th District Court
                                              of Midland County
                                              Trial Court No. 42,618.

Vs. No. 11-15-00084-CR                      * May 25, 2017

The State of Texas,                         * Memorandum Opinion by Wright, C.J.
                                              (Panel consists of: Wright, C.J.,
                                              Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below.  Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.